

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Justin W. Fuller,            * Original Proceeding

No. 11-24-00238-CR            * September 19, 2024

                                            * Memorandum Opinion by Bailey, C.J.
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

This court has considered Justin W. Fuller's original petition and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition is dismissed.